Abd Al Hakim Ghalib Ahmad ALHAG,
Petitioner/Plaintiff,

v.

Barack H. OBAMA, et al.,
Respondents/Defendants.

Case No. 05–CV–2199 (RCL).

United States District Court,
District of Columbia.

Sept. 27, 2012.

Frank C. Razzano, John Charles Snodgrass, Pepper Hamilton LLP, Stephen M. Truitt, Stephen M. Truitt, ESQ, Washington, DC, for Petitioner/Plaintiff.

Nicole Newcomb Murley, Ronald James Wiltsie, Scott Michael Marconda, Sean W. O'Donnell, Jr., Terry Marcus Henry, Alexander Kenneth Haas, David Hugh White, Julia A. Berman, Kathryn Celia Davis, Patrick D. Davis, Paul A. Dean, Robert J. Prince, U.S. Department of Justice, Washington, DC, for Respondents/Defendants.

### [PROPOSED] ORDER

ROYCE C. LAMBERTH, Chief Judge.

Upon consideration of Petitioner's Unopposed Motion to Stay Case Pending Resolution of Counsel Access Issues, It is hereby

**ORDERED** that this action be stayed until this Court's Order in *In re: Guantanamo Bay Detainee Continued Access to Counsel,* No. 1:12–mc–00398–RCL, 892 F.Supp.2d 8, 2012 WL 4039707 (D.D.C. Sept. 9, 2012) becomes final, either by the passing of the government's time to appeal or seek reconsideration, or the final disposition of any appeal, of such ruling.

**SO ORDERED.**